UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATALIE THOMPSON,

    Plaintiff,

v.

SEAN MCCAMMAN, et al.,

    Defendants.

_____/

Hon. Paul L. Maloney

Case No. 1:15-cv-01336-PLM-PJG

## ORDER

This matter is before the Court on defendants' motion to compel the appearance of three non-party witnesses for depositions. (ECF No. 39). The Court conducted a hearing on the motion today, at which counsel for all parties appeared. Having considered the motion and the parties' oral submissions, and for the reasons stated on the record, the motion to compel is **GRANTED**. Accordingly,

**IT IS ORDERED** that Andre Adkinson, Malik Myers and Kejuan Thomas shall appear at the Offices of Cummings, McClorey, Davis & Acho, P.L.C., 2851 Charlevoix Dr., SE, Suite 327, Grand Rapids, Michigan, 49546, on December 21, 2016, at 9:30 a.m. for the purpose of giving deposition testimony in this matter.

Counsel for defendants shall serve upon each third-party witness a copy of this Order.

Messieurs Adkinson, Myers and Thomas are advised that failure to appear for deposition as ordered herein may result in a contempt citation and a warrant for their arrest.

**IT IS SO ORDERED**.

Date:  November 16, 2016

   /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge