# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

**DONOVANN BRASWELL**,

   Plaintiff,       Case No. 1:15-cv-01336
                Hon.   Paul L. Maloney

vs.

**SEAN McCAMMAN**, individually and in his official capacity,
_____/

| | |
|---|---|
| Keeley D. Blanchard (P68661) | Allan C. Vander Laan (P33893) |
| Joshua Blanchard (P72601) | Matthew W. Cross (P77526) |
| MIEL & CARR, PLC | Curt A. Benson (P38891) |
| *Attorneys for Plaintiff* | Cummings, McCLorey, Davis & Acho |
| 309 S Lafayette St., Ste 208 | *Attorneys for Defs McCamman* |
| PO Box 938 | 2851 Charlevoix Dr., S.E., Ste. 327 |
| Greenville, MI 48838 | Grand Rapids, MI 48546 |
| 616-773-2945 / fax: 616-328-6501 | 616-975-7470; avanderlaan@cmda-law.com; |
| keeley@mielcarr.com | mcross@cmda-law.com; |
| josh@mielcarr.com | cbenson@cmda-law.com |
| | |
| Cynthia Heenan (P53664) | Kristen Lee Rewa (P73043) |
| Hugh M. Davis, Jr. (P12555) | Lindsay A. Bondy (P70951) |
| Constitutional Litigation Associates, PC | *Co-Counsel for Defs McCamman* |
| *Co-Counsel for Plaintiff* | City of Grand Rapids City Hall |
| 450 W. Fort St., Ste. 200 | 300 Monroe Ave NW |
| Detroit, MI 48226 | Grand Rapids, MI 49503-2206 |
| 313-961-2255/Fax: 313-922-5130 | 616-456-3181 |
| heenan@conlitpc.com | krewa@grcity.us |
| davis@conlitpc.com | lbondy@grand-rapids.mi.us |

_____/

## JOINT MOTION TO ADJOURN TRIAL DATE

  The parties jointly move to adjourn the trial date presently scheduled for August 14, 2017, showing:

  1.  The respective parties have conferred in this matter regarding the

1

status of the case, the potential for settlement, and the personal situations of the respective counsel and, as a result, jointly move to adjourn the trial date herein, currently scheduled for August 14, 2017.

2. The Settlement Conference before the Magistrate Judge is scheduled for June 28, 2017, but it is not anticipated that the case will settle at that time.

3. If it does not, undersigned counsel for Plaintiffs and co-counsel, Cynthia Heenan have a preplanned prepaid family vacation, business and professional plans to be out of the state from that date through at least August 8, 2017.

4. Co-counsel Josh and Keeley Blanchard have a conflict inasmuch as Ms. Blanchard has been retained on a criminal case in Colorado which is expected to begin trial on or about August 14, 2017, in which that court has indicated that no more adjournment will be granted.

5. Defense counsel Vander Laan's wife is scheduled for surgery next week and will require his assistance with convalescence and rehabilitation extending through the currently scheduled trial date.

6. Plaintiff was scheduled to be sentenced to the Kent County Jail on June 26, 2017. The hearing was reportedly adjourned, presumably briefly. He is expected to be sentenced to four months as we understand. This will significantly

impede preparation for and conduct of trial and only inference that he is in custody at the time of trial would be prejudiced.

WHEREFORE, the parties respectfully request that this Honorable Court adjourn the August 14, 2017 trial date and set a new date in consultation with the parties and counsel.

>Respectfully submitted,
>
>__/s/ Hugh M. Davis_____
>HUGH M. DAVIS, P12555
>Constitutional Litigation Associates, P.C.
>450 West Fort Street, Suite 200
>Detroit, MI  48226
>(313) 961-2255/Fax:  (313) 961-5999
>Davis@ConLitPC.Com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

**DONOVANN BRASWELL**,

      Plaintiff,                  Case No.   1:15-cv-01336
                                                  Hon.       Paul L. Maloney

vs.

**SEAN McCAMMAN**, individually and in his official capacity,
_____/

## BRIEF IN SUPPORT

This Brief in support of Joint Motion to Adjourn Trial date is based on the files and records herein.

                                    Respectfully submitted,

                                  __*/s/ Hugh M. Davis*_____
                                  HUGH M. DAVIS, P12555
                                  Constitutional Litigation Associates, P.C.
                                  450 West Fort Street, Suite 200
                                  Detroit, MI  48226
                                  (313) 961-2255/Fax:  (313) 961-5999
                                  Davis@ConLitPC.Com

## CERTIFICATE OF SERVICE

I hereby certify that on 6/26/17, I filed ***Plaintiff's Brief in Support of Motion To Adjourn Trial Date,*** along with this ***Certificate of Service*** with the ECF System which will send notice to the following:

- **Joshua Adam Blanchard**
  josh@mielcarr.com,april@mielcarr.com
- **Keeley Danielle Blanchard**
  keeley@mielcarr.com

- **Lindsay A. Bondy**
  lbondy@grand-rapids.mi.us,slove@grand-rapids.mi.us,tvoakes@grcity.us
- **Matthew W. Cross**
  mcross@cmda-law.com,lrobbins@cmda-law.com,mkjones@cmda-law.com
- **Hugh M. Davis , Jr**
  Info@ConLitPC.com,Heenan@ConLitPC.com
- **Cynthia Heenan**
  Info@ConLitPC.com
- **Kristen Lee Rewa**
  krewa@grcity.us,cleblanc@grcity.us,tvoakes@ci.grand-rapids.mi.us,slove@ci.grand-rapids.mi.us
- **Allan C. Vander Laan**
  avanderlaan@cmda-law.com,drosema@cmda-law.com,kmarsman@cmda-law.com

*__s/Jillian R. Rosati__*
Info@ConLitPC.Com

F:\Cases\Thompson, Natalie\Pldgs\Joint M-Adj Trial Date (2017-06-26).docx

5