# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

**DONOVANN BRASWELL,**

    Plaintiff,

v.

**SEAN McCAMMAN,** individually and in his official capacity, **NATHAN MEAD,** individually and in his official capacity, **PETER THOMPSON,** individually and in his official capacity, and **CITY OF GRAND RAPIDS,**

    Defendants.

Case No. 1:15-cv-01336

**HON. PAUL L. MALONEY**
U.S. District Judge

**HON. PHILLIP J. GREEN**

_____/

| | |
|---|---|
| **KEELY D. BLANCHARD (P68661)**<br>**JOSHUA BLANCHARD (P72601)**<br>MIEL & CARR, PLC<br>Attorneys for Plaintiff<br>309 S. Lafayette St., Ste 208<br>PO Box 938<br>Greenville, MI 48838<br>(616) 773-2945<br>(616) 328-6501 FAX<br>keeley@mielcarr.com<br>josh@mielcarr.com | **CYNTHIA HEENAN (P53664)**<br>**HUGH M. DAVIS, JR. (P12555)**<br>Constitutional Litigation Associates, PC<br>Co-Counsel for Plaintiff<br>450 W. Fort St., Ste. 200<br>Detroit, MI 48226<br>(313) 961-2255<br>(313) 922-5130 FAX<br>heenan@conlitpc.com<br>davis@conlitpc.com |
| **KRISTEN REWA (P73043)**<br>**LINDSAY A. BONDY (P70951)**<br>**PATRICK J. LANNEN (P35171)**<br>Assistant City Attorneys<br>Attorneys for Defendant City of Grand Rapids, McCamman, Mead and Thompson<br>300 Monroe Ave. NW, Ste. 620<br>Grand Rapids, MI 49503<br>(616) 456-3181<br>(616) 456-4569 FAX<br>krewa@grcity.us<br>lbondy@grcity.us<br>plannen@grcity.us | **ALLAN C. VANDER LAAN (P33893)**<br>**CURT A. BENSON (P38891)**<br>**MATTHEW C. CROSS (P77526)**<br>Cummings McClorey Davis & Acho, PLC<br>Attorneys for Defendants McCamman, Mead & Thompson<br>2851 Charlevoix Dr., SE – Ste. 327<br>Grand Rapids, MI 49546<br>(616) 975-7470<br>avanderlaan@cmda-law.com<br>cbenson@cmda-law.com |

_____/

## STIPULATION TO LIFT STAY
## AND DISMISS PLAINTIFF'S CLAIMS

## STIPULATION TO LIFT STAY
## AND DISMISS PLAINTIFF'S CLAIMS

**THE PARTIES** to the above-entitled action, through their respective attorneys, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), hereby agree and stipulate to lift the stay entered by the Court on July 18, 2017, and to entry of an order dismissing all remaining claims set forth in Plaintiffs' Complaint, with prejudice and without costs or attorney fees to any party.

Dated: September 15, 2017    */s/ Joshua A. Blanchard (w/ permission)*
**JOSHUA A. BLANCHARD (P72601)**
Attorney for Plaintiff

Dated: September 15, 2017    */s/ Lindsay A. Bondy*
**LINDSAY A. BONDY (P70951)**
Assistant City Attorney
Attorney for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**DONOVANN BRASWELL,**

    Plaintiff,

v.

**SEAN McCAMMAN,** individually and in his official capacity, **NATHAN MEAD,** individually and in his official capacity, **PETER THOMPSON,** individually and in his official capacity, and **CITY OF GRAND RAPIDS,**

    Defendants.

Case No. 1:15-cv-01336

**HON. PAUL L. MALONEY**
U.S. District Judge

**HON. PHILLIP J. GREEN**

_____/

## ORDER TO LIFT STAY AND TO DISMISS WITH PREJUDICE AND WITHOUT COSTS AND ATTORNEYS FEES

THIS MATTER having come before the Court upon the parties' stipulation to lift the stay and to dismiss all claims with prejudice and without costs and attorney fees, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the stay in this matter is lifted.

**IT IS HEREBY FURTHER ORDERED** that Plaintiff's Complaint is dismissed, with prejudice and without attorney's fees or costs to any party.

*This is a final order which resolves the last pending claim in the above-captioned matter and closes the case.*

Ordered this ___ day of September, 2017

_____
HON. PAUL L. MALONEY
U.S. District Judge