# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**DONOVANN BRASWELL,**

    Plaintiff,

v.

**SEAN McCAMMAN,** individually and in his official capacity, **NATHAN MEAD,** individually and in his official capacity, **PETER THOMPSON,** individually and in his official capacity, and **CITY OF GRAND RAPIDS,**

    Defendants.

Case No. 1:15-cv-01336

**HON. PAUL L. MALONEY**
U.S. District Judge

**HON. PHILLIP J. GREEN**

_____/

## ORDER TO LIFT STAY AND TO DISMISS WITH PREJUDICE AND WITHOUT COSTS AND ATTORNEYS FEES

THIS MATTER having come before the Court upon the parties' stipulation to lift the stay and to dismiss all claims with prejudice and without costs and attorney fees, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the stay in this matter is lifted.

**IT IS HEREBY FURTHER ORDERED** that Plaintiff's Complaint is dismissed, with prejudice and without attorney's fees or costs to any party.

*This is a final order which resolves the last pending claim in the above-captioned matter and closes the case.*

Ordered this 18th day of September, 2017

                          /s/ Paul L. Maloney
                          HON. PAUL L. MALONEY
                          U.S. District Judge